The People of the State of New York ex rel. Charles Bright, Appellant, v. Max S. Grifenhagen, as Sheriff of the County of New York, and the National Railway Construction Company, Respondents.— Order affirmed. No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

William H. Barnard and Another, Respondents, v. Noah H. Swayne and Others, Impleaded with Florence de G. Shaw, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

H. Ephraim Benguiat and Another, Appellants, v. Vitall Benguiat and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of the Application of Nicholas Meyer, Appellant, for a Writ of Mandamus against Eugene M. Travis, Comptroller of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John A. Middleton, Respondent, Appellant, v. John Farson and Another, Appellants, Respondents.— Order modified as directed in order and as modified affirmed, without costs.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Thomas D. Rambaut and Another, Appellants, v. Gesine Engel, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Dickerson G. Baker and Another, Appellants, v. Frank H. Page and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Elvira G. Brokaw and Others, as Executors, etc., Respondents, v. Louis Sherry, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Jacob Bitterfield, Respondent, v. Adolf Aschengren, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The Toltec Mexican Oil Company, Appellant, v. The East Coast Oil Company, S. A., Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Botho Farenholtz, Respondent, v. Henry Meinshausen, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.